IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GRANT PRIDECO, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-2721 |
| | § | |
| HDD ROTARY SALES, LLC and | § | |
| SUPERIOR DRILLPIPE | § | |
| MANUFACTURING, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Prideco's motion for continuance of the scheduling conference, (Docket Entry No. 5 ), is granted. The initial pretrial and scheduling conference is reset to **February 26, 2010, at 8:45 a.m.** The joint discovery case management plan is due by February 16, 2010.

SIGNED on November 25, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge