IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GRANT PRIDECO, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-2721 |
| | § | |
| HDD ROTARY SALES, LLC and | § | |
| SUPERIOR DRILLPIPE | § | |
| MANUFACTURING, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Counsel for the defendants has moved to withdraw. (Docket Entry No. 30). The motion is opposed by one of the defendants but no other party. A hearing will be held on the motion on **August 27, 2010, at 8:45 a.m.** in Courtroom 11-B. All present counsel, a corporate representative for the defendant that opposes the motion to withdraw, and the lawyer who will substitute on behalf of the defendant that does not oppose the motion to withdraw, must appear.

SIGNED on July 30, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge